UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER G. ACKERMAN, JAMES R. BIRLE, GENE CHAO, JAMES H. DEFRAFFENREIDT, JR., PATRICIA DIAZ DENNIS, JAMES L. DUNLAP, WILLIAM B. ELLIS, ROBERT E. ESSNER, ROBERT M. FUREK, CAROL A. LEARY, WILLIAM B. MARX, JR., JOHN F. MAYPOOLE, ROBERT J. O'CONNELL, MARC RACIOCT, MASSACHUSETTS MUTUAL LIFE INSURANCE, BABSON CAPITAL MANAGEMENT LLC, JANUS CAPITAL MANAGEMENT, SANDS CAPITAL MANAGEMENT, INC., FIDELITY MANAGEMENT & RESEARCH CO., ALLIANCE CAPITAL MANAGEMENT LP, HARRIS ASSOCIATES LP, WELLINGTON MANAGEMENT COMPANY, LLP, WADDELL & REED INVESTMENT MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100<br><br>　　　　Defendants. | Case No. 05-10058 GAO |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT,
FIDELITY MANAGEMENT & RESEARCH CO.**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss FIDELITY MANAGEMENT &

RESEARCH CO. as a party to this action, without prejudice.

Dated:  January 31, 2005                              Respectfully Submitted,

/s/David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7840 fax


Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax