UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROGER G. ACKERMAN, *et al.*,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-cv-10058-GAO |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## WELLINGTON MANAGEMENT COMPANY, LLP

Please enter my appearance as counsel for Wellington Management Company, LLP, in the above-captioned case.

February 8, 2005

/s/ Ira K. Gross
Ira K. Gross, Board of Bar Overseers
 Number 212720
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

{B0374474; 1}