UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROGER G. ACKERMAN, *et al.*,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-cv-10058-GAO |

## ASSENTED TO MOTION FOR ENLARGEMENT

Defendant Wellington Management Company, LLP, by its attorneys, hereby moves for an enlargement of time from February 10, 2005 to and including March 14, 2005, within which it may serve its response to the complaint.

February 8, 2005

WELLINGTON MANAGEMENT
COMPANY, LLP

By its attorney,

/s/ Ira K. Gross
Ira K. Gross, Board of Bar Overseers
 Number 212720
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

{B0374468; 1}

-2-

ASSENTED TO:


/s/ David Pastor
David Pastor, Board of Bar Overseers
 Number 391000
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
(781) 231-7850

{B0374468; 1}