UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, ET AL., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO.<br>05 10058 GAO |
| vs.<br>ROGER G ACKERMAN, ET AL., | |
| Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

FILED
IN CLERKS OFFICE

2005 FEB -7  P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of January, 2005, at 1:42 PM**, at the address of **151 DETROIT Street, DENVER, Denver County, CO**; this affiant served the above described documents upon **JANUS CAPITAL MANAGEMENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JANUS CAPITAL MANAGEMENT, Amber J. Sanders Senior Legal Manager**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___MK___ that the statement above is true and correct.

Gordon Mink

SUBSCRIBED AND SWORN to before me this 20th day of January, 2005

NOTARY PUBLIC in and for the State of **Colorado**

[Notary Seal: GAILE CAMPBELL, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 5/17/06]

| | | |
|---|---|---|
| ABC's Client Name<br>**Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: 3633674 |