UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

ALVAREZ ARTURO, ET AL.,

Plaintiff/Petitioner

vs.

ROGER G ACKERMAN, ET AL.,

Defendant/Respondent

Hearing Date: FILED CLERKS OFFICE
CAUSE NO.: 05 10058 GAO

2005 FEB -7 P 3:03

AFFIDAVIT OF SERVICE OF:
SUMMONS AND COMPLAINT
DISTRICT COURT
DIST OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of January, 2005, at 10:50 AM**, at the address of **6300 LAMAR Avenue, OVERLAND PARK, Johnson County, KS**; this affiant served the above described documents upon **WADDELL & REED INVESTMENT MANAGEMENT COMPANY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Marianne Baker, Paralegal**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____ that the statement above is true and correct.

**Robert Rowland**

SUBSCRIBED AND SWORN to before me this 21st day of January, 2005

NOTARY PUBLIC in and for the State of **Missouri**

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3633680

**KRISTEN M. MAIN
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXP: FEB. 4, 2008**