UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| ALVAREZ ARTURO, ET AL., | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | CAUSE NO. 05 10058 GAO |
| vs. ROGER G ACKERMAN, ET AL., | |
| Defendant/Respondent | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of January, 2005, at 12:00 PM**, at the address of **1100 WILSON Boulevard STE 3050, ARLINGTON, Arlington County, VA** ; this affiant served the above described documents upon **SANDS CAPITAL MANAGEMENT, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Maria Gapinski, Executive Assistant to Frank M. Sands, Sr., W/F, 5'8**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

_____
Eddie W. Null, Sr.

SUBSCRIBED AND SWORN to before me this 20th day of January, 2005

_____
NOTARY PUBLIC in and for the State of **Virginia**
My commission expires 12/31/05

| ABC's Client Name **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633675** |