## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, ET AL.,<br>Plaintiff / Petitioner<br><br>VS.<br>ROGER G ACKERMAN, ET AL.,<br>Defendant / Respondent | Cause #: 05 10058 GAO<br>Affidavit of Service of:<br>SUMMONS AND COMPLAINT<br><br>FILED<br>CLERKS OFFICE<br><br>Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That (he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of **JAN 21, 2005** at the address of **MASS MUTUAL LIFE INSURANCE CO.**, city of **Spfld**, county of **HAMPDEN**, state of **MASS**, this affiant served the above described documents upon:

### MASSACHUSETTS MUTUAL LIFE INSURANCE

☐ **Personal Service**
by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service**
by then and there personally delivering **1** ~~true and correct copy(ies) thereof, by~~ then presenting to and leaving the same with **GINA FERRORO**
_____
Person Receiving Documents and Their Title

☐ **Substituted/Residential Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

**ROBERT K. MACKAY**
Typed or Printed Name of Process Server

*Robert K. MacKay* CONSTABLE
Server Signature
1-21-05

Subscribed and Sworn to before me this **21** Day **JAN. 2005**
*James Y. Kane*
a Notary Public in the State of **MASS**
Residing at **Spfld**

ABC Legal Services, Inc.
(206) 521-9000
Tracking #: 3633672

**ORIGINAL PROOF OF SERVICE**

Baron & Budd, P.C.    (PFI)

Page 1 of 1

OR_FWPRN