UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

ROGER G. ACKERMAN, JAMES R. BIRLE, GENE CHAO, JAMES H. DEFRAFENREIDT, JR., PATRICIA DIAZ DENNIS, JAMES L. DUNLAP, WILLIAM B. ELLIS, ROBERT E. ESSNER, ROBERT M. FUREK, CAROL A. LEARY, WILLIAM B. MARX, JR., JOHN F. MAYPOOLE, ROBERT J. O'CONNELL, MARC RACIOCT, MASSACHUSETTS MUTUAL LIFE INSURANCE, BABSON CAPITAL MANAGEMENT LLC, JANUS CAPITAL MANAGEMENT, SANDS CAPITAL MANAGEMENT, INC., FIDELITY MANAGEMENT & RESEARCH CO., ALLIANCE CAPITAL MANAGEMENT LP, HARRIS ASSOCIATES LP, WELLINGTON MANAGEMENT COMPANY, LLP, WADDELL & REED INVESTMENT MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100,

Defendants.

Case No. 05-10058 GAO

### NOTICE OF APPEARANCE

Please enter the appearance of John J. Tumilty of the law firm Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 as counsel for defendants Massachusetts Mutual Life Insurance, and Babson Capital Management LLC in the above-captioned case.

BOS_477458_3/

Dated: February 9, 2005

MASSACHUSETTS MUTUAL LIFE INSURANCE, and BABSON CAPITAL MANAGEMENT LLC,

By their attorneys

/s/ John J. Tumilty
John J. Tumilty (BBO #560017)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444
617-439-4170 (fax)

OF COUNSEL:

John P. Hooper (JH4262)
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
212-756-0278
212-308-4844 (fax)