UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

ROGER G. ACKERMAN, JAMES R. BIRLE, GENE CHAO, JAMES H. DEFRAFENREIDT, JR., PATRICIA DIAZ DENNIS, JAMES L. DUNLAP, WILLIAM B. ELLIS, ROBERT E. ESSNER, ROBERT M. FUREK, CAROL A. LEARY, WILLIAM B. MARX, JR., JOHN F. MAYPOOLE, ROBERT J. O'CONNELL, MARC RACIOCT, MASSACHUSETTS MUTUAL LIFE INSURANCE, BABSON CAPITAL MANAGEMENT LLC, JANUS CAPITAL MANAGEMENT, SANDS CAPITAL MANAGEMENT, INC., FIDELITY MANAGEMENT & RESEARCH CO., ALLIANCE CAPITAL MANAGEMENT LP, HARRIS ASSOCIATES LP, WELLINGTON MANAGEMENT COMPANY, LLP, WADDELL & REED INVESTMENT MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100,

Defendants.

Case No. 05-10058 GAO

---

**STIPULATION AND ORDER EXTENDING TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff in the above-captioned action and the defendants, through their undersigned counsel, that:

1. Defendants' time to answer, move against, or otherwise respond to the complaint in the above action shall be extended through and including March 14, 2005;

2. By entering into this stipulation, defendants do not waive, and specifically preserve, any and all defenses available to them.

Dated: February 9, 2005

| | |
|---|---|
| ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated, | MASSACHUSETTS MUTUAL LIFE INSURANCE, and BABSON CAPITAL MANAGEMENT LLC, |
| By his attorneys | By their attorneys |
| /s/ David Pastor | /s/ John J. Tumilty |
| David Pastor (BBO #391000)<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>781-231-7850<br>781-231-7840 (fax) | John J. Tumilty (BBO #560017)<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110<br>617-439-4444<br>617-439-4170 (fax) |
| | OF COUNSEL: |
| | John P. Hooper (JH4262)<br>Edwards & Angell, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>212-756-0278<br>212-308-4844 (fax) |

| | |
|---|---|
| SANDS CAPITAL MANAGEMENT, INC.<br><br>By its attorneys<br><br><br>/s/ Joshua C. Rowland<br>Joshua C. Rowland (BBO #655906)<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street<br>Boston, MA  02109<br>617-261-3100<br>617-261-3175 (fax) | ALLIANCE CAPITAL MANAGEMENT LP<br><br>By its attorneys<br><br><br>/s/ Anthony Candido<br>Mark Kirsch (Pro Hac Vice papers to be filed)<br>Anthony Candido (Pro Hac Vice papers to be filed)<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY  10019-6131<br>212-878-8000<br>212-878-8375 (fax) |
| WADDELL & REED INVESTMENT MANAGEMENT COMPANY<br><br>By its attorneys<br><br><br>/s/ Kim Koopersmith<br>Kim Koopersmith (Pro Hac Vice papers to be filed)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY  10022<br>212-872-1000<br>212-872-1002 (fax) | JANUS CAPITAL MANAGEMENT<br><br>By its attorneys<br><br><br>/s/ Dawn Wilson<br>Dawn M. Wilson (Pro Hac Vice papers to be filed)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022<br>212-230-8800<br>212-230-8888 (fax) |

SO ORDERED:


_____
George A. O'Toole, Jr.
United States District Judge