UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROGER G. ACKERMAN, JAMES R. BIRLE, GENE CHAO, JAMES H. DEFRAFENREIDT, JR., PATRICIA DIAZ DENNIS, JAMES L. DUNLAP, WILLIAM B. ELLIS, ROBERT E. ESSNER, ROBERT M. FUREK, CAROL A. LEARY, WILLIAM B. MARX, JR., JOHN F. MAYPOOLE, ROBERT J. O'CONNELL, MARC RACIOCT, MASSACHUSETTS MUTUAL LIFE INSURANCE, BABSON CAPITAL MANAGEMENT LLC, JANUS CAPITAL MANAGEMENT, SANDS CAPITAL MANAGEMENT, INC., FIDELITY MANAGEMENT & RESEARCH CO., ALLIANCE CAPITAL MANAGEMENT LP, HARRIS ASSOCIATES LP, WELLINGTON MANAGEMENT COMPANY, LLP, WADDELL & REED INVESTMENT MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100,<br><br>Defendants. | Case No. 05-10058 GAO |

**DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Massachusetts Mutual Life Insurance Company (hereinafter "MassMutual") certifies that MassMutual has no parent corporation and that there is no publicly held corporation that controls MassMutual either directly or by others. Since MassMutual is a mutual insurance

company, there is no MassMutual stock and therefore no publicly held corporation that owns MassMutual stock.

Dated: February 11, 2005

MASSACHUSETTS MUTUAL LIFE INSURANCE,

By its attorneys

/s/ John J. Tumilty
John J. Tumilty (BBO #560017)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444
617-439-4170 (fax)

OF COUNSEL:

John P. Hooper (JH4262)
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
212-756-0278
212-308-4844 (fax)