UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

ROGER G. ACKERMAN, JAMES R. BIRLE, GENE CHAO, JAMES H. DEFRAFENREIDT, JR., PATRICIA DIAZ DENNIS, JAMES L. DUNLAP, WILLIAM B. ELLIS, ROBERT E. ESSNER, ROBERT M. FUREK, CAROL A. LEARY, WILLIAM B. MARX, JR., JOHN F. MAYPOOLE, ROBERT J. O'CONNELL, MARC RACIOCT, MASSACHUSETTS MUTUAL LIFE INSURANCE, BABSON CAPITAL MANAGEMENT LLC, JANUS CAPITAL MANAGEMENT, SANDS CAPITAL MANAGEMENT, INC., FIDELITY MANAGEMENT & RESEARCH CO., ALLIANCE CAPITAL MANAGEMENT LP, HARRIS ASSOCIATES LP, WELLINGTON MANAGEMENT COMPANY, LLP, WADDELL & REED INVESTMENT MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100,

Defendants.

Case No. 05-10058 GAO

## DEFENDANT BABSON CAPITAL MANAGEMENT LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Babson Capital Management LLC (hereinafter "Babson") certifies that MassMutual Holding LLC owns Babson in its entirety. No publicly held corporation maintains an ownership interest in Babson.

Dated: February 11, 2005

        BABSON CAPITAL
        MANAGEMENT LLC,

        By its attorneys

        /s/ John J. Tumilty
        John J. Tumilty (BBO #560017)
        Edwards & Angell, LLP
        101 Federal Street
        Boston, MA 02110
        617-439-4444
        617-439-4170 (fax)

        OF COUNSEL:

        John P. Hooper (JH4262)
        Edwards & Angell, LLP
        750 Lexington Avenue
        New York, NY 10022
        212-756-0278
        212-308-4844 (fax)

NYC_203791_3/