UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>ROGER G ACKERMAN, ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>05 10058 GAO<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS AND COMPLAINT |

FILED<br>CLERKS OFFICE<br>2005 FEB 14  P 3: 53<br>US DISTRICT COURT<br>DISTRICT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of January, 2005, at 3:15 PM**, at the address of **75 STATE Street , BOSTON, Suffolk County, MA** ; this affiant served the above described documents upon **WELLINGTON MANAGEMENT COMPANY, LLP,** by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **Tracy Snyder, Agent in charge**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ____MA____ that the statement above is true and correct.

_Barbara Bedugnis_, Reg. # Constable, MA

SUBSCRIBED AND SWORN to before me this 24th day of January, 2005

NOTARY PUBLIC in and for the State of **Massachusetts**

| | | |
|---|---|---|
| ABC's Client Name<br>**Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3633679** |



KEVIN J DALTON<br>Notary Public<br>Commonwealth of Massachusetts<br>My Commission Expires Jul 18, 2008