UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALVAREZ ARTURO, ET AL., | Hearing Date: | FILED IN CLERK'S OFFICE |
| Plaintiff/Petitioner | CAUSE NO. 05 10058 GAO | 2005 FEB 14  P 4: 05 |
| vs. ROGER G ACKERMAN, ET AL., | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT | U.S. DISTRICT COURT DISTRICT OF MASS |
| Defendant/Respondent | | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of January, 2005, at 3:15 PM**, at the address of **101 FEDERAL Street, BOSTON, Suffolk County, MA**; this affiant served the above described documents upon **BABSON CAPITAL MANAGEMENT LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Yvette Concepcion, agent for process service**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Massachusetts_ that the statement above is true and correct.

_Barbara Bedugnis_
Barbara Bedugnis, Reg. # Constable, MA

SUBSCRIBED AND SWORN to before me this 24th day of January, 2005

NOTARY PUBLIC in and for the State of **Massachusetts**

| ABC's Client Name **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633673**  |
|---|---|---|



KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008