UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVAREZ ARTURO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROGER G. ACKERMAN, JAMES R. BIRLE, GENE CHAO, JAMES H. DEFRAFFENREIDT, JR., PATRICIA DIAZ DENNIS, JAMES L. DUNLAP, WILLIAM B. ELLIS, ROBERT E. ESSNER, ROBERT M. FUREK, CAROL A. LEARY, WILLIAM B. MARX, JR., JOHN F. MAYPOOLE, ROBERT J. O'CONNELL, MARC RACIOCT, MASSACHUSETTS MUTUAL LIFE INSURANCE, BABSON CAPITAL MANAGEMENT LLC, JANUS CAPITAL MANAGEMENT, SANDS CAPITAL MANAGEMENT, INC., FIDELITY MANAGEMENT & RESEARCH CO., ALLIANCE CAPITAL MANAGEMENT LP, HARRIS ASSOCIATES LP, WELLINGTON MANAGEMENT COMPANY, LLP, WADDELL & REED INVESTMENT MANAGEMENT COMPANY, and JOHN DOES NO. 1 THROUGH 100<br><br>Defendants. | Case No. 05-10058 GAO |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. 41(a), plaintiff hereby dismisses this action, which has not been

00004346.WPD ; 1

certified as a class action, without prejudice.

Dated: March 9, 2005                              RESPECTFULLY SUBMITTED,


                                                  /s/David Pastor
                                                  David Pastor (BBO #391000)
                                                  GILMAN AND PASTOR, LLP
                                                  Stonehill Corporate Center
                                                  999 Broadway, Suite 500
                                                  Saugus, MA 01906
                                                  (781) 231-7850
                                                  (781) 231-7841 fax

                                                  Randall K. Pulliam
                                                  BARON & BUDD, P.C.
                                                  3102 Oak Lawn Ave.
                                                  Suite 1100
                                                  Dallas, Texas 75219-4281
                                                  (214) 521-3605
                                                  (214) 520-1181 fax

                                                  J. Allen Carney
                                                  Hank Bates
                                                  CAULEY BOWMAN CARNEY & WILLIAMS, LLP
                                                  11311 Arcade Dr.
                                                  Suite 200
                                                  Little Rock, Arkansas 72212
                                                  (501) 312-8500
                                                  (501) 312-8505 fax